IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:10CV415 |
| ) | |
| v. ) | |
| ) | |
| JANE M. HILL; DAVID L. ) | |
| HILL (DECEASED); FIRST AMERICAN ) | |
| EQUITY LOAN SERVICES, Trustee; ) | |
| BENEFICIAL NEBRASKA, INC., ) | ORDER |
| d/b/a BENEFICIAL MORTGAGE CO., ) | |
| n/k/a HSBC Mortgage Services, Inc., ) | |
| Beneficiary; and the Unknown Heirs, ) | |
| Executors, Administrators, Devisees, ) | |
| Trustees, Legatees, Creditors, and ) | |
| Assignees of such of the defendants ) | |
| as may be deceased; the Unknown ) | |
| Spouses of the defendants; the ) | |
| Unknown Stockholders, Officers, ) | |
| Successors, Trustees, Creditors and ) | |
| Assignees of such defendants as are ) | |
| existing, dissolved or dormant ) | |
| corporations; the Unknown Executors, ) | |
| Administrators, Devisees, Trustees, ) | |
| Creditors, Successors and Assignees of ) | |
| such defendants as are or were partners ) | |
| or in partnership; and the Unknown ) | |
| Guardians, Conservators and Trustees ) | |
| of such of the defendants as are minors ) | |
| or are in any way under legal disability; ) | |
| and the Unknown Heirs, Executors, ) | |
| Administrators, Devisees, Legatees, ) | |
| Trustees, Creditors and Assignees ) | |
| of any Person alleged to be deceased ) | |
| and made defendants as such, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the plaintiff's Motion for Extension to Serve Summons and Complaint (Filing No. 9) and Motion for Publication (Filing No. 11). The plaintiff seeks an extension of the deadline, from February 23, 2011, until March 22, 2011,

to serve several of the defendants. Additionally, the plaintiff seeks leave to serve a number of the defendants by publication. Service by publication is necessary because several of these defendants are either unknown to the plaintiff, known to be deceased, or may be deceased. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Extension to Serve Summons and Complaint (Filing No. 9) is granted. The plaintiff shall have until **March 22, 2011**, to serve the defendants.

2. The plaintiff's Motion for Publication (Filing No. 11) is granted.

DATED this 5th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge