# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CV415 |
| vs. | ) | ORDER |
| JANE M. HILL, et al., | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

The final pretrial conference scheduled for January 13, 2012, and trial scheduled for February 13, 2012, are canceled. The final pretrial conference and trial will be rescheduled after the court's resolution of the plaintiff's Motion for Summary Judgment ([Filing No. 39](#)).

**IT IS SO ORDERED.**

DATED this 16th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge