**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV415 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JANE M. HILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 46). The plaintiff filed the suggestion based on the defendant Jane M. Hill's Chapter 13 bankruptcy filing on December 28, 2011. The filing was made in this district and is designated 11-43267. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 10th day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge